# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————————

## No. 201600127

————————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ANDREW J. PARKER
Electronics Technician Third Class (E-4), U.S. Navy
Appellant

————————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Heather Partridge, JAGC, USN.
For Appellant: Lieutenant Colonel Richard A. Viczorek, USMCR.
For Appellee: Lieutenant Taurean K. Brown, JAGC, USN.

————————————————

Decided 8 September 2016

————————————————

Before MARKS, GLASER-ALLEN, MILLER, *Appellate Military Judges*

————————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court